<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-8117**

STEPHEN N. DANIEL,

        Plaintiff – Appellant,

    v.

VIRGINIA BEACH CORRECTIONAL CENTER; VIRGINIA BEACH
CORRECTIONAL MEDICAL DEPARTMENT,

        Defendants – Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria. Claude M. Hilton, Senior
District Judge. (1:09-cv-00385-CMH-JFA)

Submitted: January 10, 2011      Decided: February 1, 2011

Before GREGORY, SHEDD, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Stephen N. Daniel, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Stephen N. Daniel appeals the district court's order dismissing Daniel's complaint for failure to demonstrate exhaustion of administrative remedies and noncompliance with a court order. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Daniel v. Va. Beach Corr. Ctr., No. 1:09-cv-00385-CMH-JFA (E.D. Va. Oct. 15, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED